COPY

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

OCTOBER 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR 09 - 00107   SGL |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 215(a)(2): Corrupt Solicitation and Acceptance of Money in Connection with Bank Business] |
| FRANK E. MENDOZA, | |
| Defendant. | |

The Grand Jury charges:

<u>COUNT ONE</u>

[18 U.S.C. § 215(a)(2)]

On or about May 12, 2009, in San Bernardino County, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, corruptly solicited and demanded

///

for the benefit of himself, a thing of value exceeding $1,000, namely, $25,000, from A.E., intending to be influenced and rewarded in connection with the business and a transaction of Chase Bank.

## COUNT TWO

[18 U.S.C. § 215(a)(2)]

From on or about June 8, 2009 to on or about June 29, 2009, in San Bernardino County, and elsewhere, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, corruptly solicited, demanded for the benefit of himself, accepted, and agreed to accept, a thing of value exceeding $1,000, namely, $10,000, from A.E., intending to be influenced and rewarded in connection with the business and a transaction of Chase Bank.

A TRUE BILL

_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

ANTOINE F. RAPHAEL
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

3