FILED
CLERK, U.S. DISTRICT COURT

OCT - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

OCTOBER 2009 Grand Jury

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

FRANK E. MENDOZA,

                Defendant.

) ED CR 09-107(A)-RHW
)
) F I R S T
)
) S U P E R S E D I N G
)
) I N D I C T M E N T
)
) [18 U.S.C. § 215(a)(2): Corrupt
) Solicitation and Acceptance of
) Money in Connection with Bank
) Business; 18 U.S.C. § 1951:
) Economic Extortion; 31 U.S.C.
) §§ 5318(g)(2)(A)(i), 5322(a):
) Willful Notification of
) Suspicious Transaction]
)

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 215(a)(2)]

On or about May 12, 2009, in San Bernardino County, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, corruptly solicited and demanded for the benefit of himself, a thing of value exceeding $1,000,

namely, $25,000, from A.E., intending to be influenced and rewarded in connection with the business and a transaction of Chase Bank.

COUNT TWO

[18 U.S.C. § 215(a)(2)]

On or about June 12, 2009, in San Bernardino County, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, corruptly accepted and agreed to accept, a thing of value exceeding $1,000, namely, $5,000, from A.E., intending to be influenced and rewarded in connection with the business and a transaction of Chase Bank.

COUNT THREE

[18 U.S.C. § 215(a)(2)]

On or about June 29, 2009, in San Bernardino County, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, corruptly accepted and agreed to accept, a thing of value exceeding $1,000, namely, $5,000, from A.E., intending to be influenced and rewarded in connection with the business and a transaction of Chase Bank.

COUNT FOUR

[18 U.S.C. § 1951]

From in or about May 2009 to in or about June 2009, in San Bernardino and Los Angeles Counties, within the Central District of California, defendant FRANK E. MENDOZA knowingly and intentionally attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, that is, defendant attempted to obtain the property of A.E., with A.E.'s consent induced by the wrongful use of actual and threatened fear, including fear of economic loss.

## COUNT FIVE

[31 U.S.C. §§ 5318(g)(2)(A)(i), 5322(a)]

From on or about May 5, 2009 to on or about June 8, 2009, in San Bernardino and Los Angeles Counties, within the Central District of California, defendant FRANK E. MENDOZA, an employee and agent of J.P. Morgan Chase Bank ("Chase Bank"), a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, having reported a suspicious transaction to a government agency, willfully notified A.E., a person involved in the transaction, that the transaction had been reported to a government agency.

A TRUE BILL

/s/

Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

SHERI PYM for:

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

ANTOINE F. RAPHAEL
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

JOSEPH B. WIDMAN
Assistant United States Attorney
Riverside Branch Office

6